1  JOHN L. MARSHALL (Cal. Bar No. 145570)
   JORDAN C. KAHN (Cal. Bar No. 197133)
2  TAHOE REGIONAL PLANNING AGENCY
   P.O. BOX 5310
3  Stateline, Nevada  89449
   Telephone: (775) 588-4547
4  Facsimile:  (775) 588-4527

5  Attorneys for Plaintiff,
   TAHOE REGIONAL PLANNING AGENCY

6

7                UNITED STATES DISTRICT COURT

8                EASTERN DISTRICT OF CALIFORNIA

9

10 TAHOE REGIONAL PLANNING AGENCY, )   Case No.: CIV.S-04-0675 WBS DAD
                                   )
11          Plaintiff,              )   TRPA'S NOTICE OF SETTLEMENT AND
                                   )   REQUEST FOR DISMISSAL; [PROPOSED]
12     vs.                          )   ORDER THEREON
                                   )
13 MICHAEL FRANKLIN,                )
                                   )
14          Defendant.              )
                                   )
15                                  )

16     On April 27, 2005, the Governing Board of the Plaintiff Tahoe Regional Planning

17 Agency ("TRPA") approved the Settlement Agreement attached hereto as Exhibit A.  This

18 Settlement Agreement was the product of an April 12, 2005, Settlement Conference conducted

19 by the honorable Magistrate Judge Dale A. Drozd.  As agreed upon by TRPA and Defendant

20 Michael Franklin at the Settlement Conference, and as set forth in the attached Settlement

21 Agreement, this Court and Judge Drozd in particular will retain continuing jurisdiction to enforce

22 the terms of the attached Settlement Agreement.  With this understanding, TRPA respectfully

23 requests that this Court dismiss the above-entitled action.

24

Respectfully submitted,

Dated: April 28, 2005.          TAHOE REGIONAL PLANNING AGENCY


By:    /s/–Jordan Kahn
    John L. Marshall
    Jordan C. Kahn

    Attorneys for Plaintiff,
    Tahoe Regional Planning Agency
    P.O. Box 5310
    Stateline, Nevada  89449

**ORDER**

Good cause being shown, the above-captioned matter is hereby dismissed.  This Court, and the Honorable Magistrate Judge Dale A. Drozd in particular, will retain continuing jurisdiction to enforce the terms of the Settlement Agreement attached as Exhibit A hereto.  IT IS SO ORDERED.

Date:    April 28, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

RE:    TRPA v. FRANKLIN

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA
CASE NO. CIV-S-04-0675 WBS (DAD)

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am over 18 years of age and am not a party to the above-entitled action. I am an employee of the Tahoe Regional Planning Agency, and my business address is P.O. Box 5310, Stateline, Nevada 89449. On the 28th day of April, 2005, I caused to be sent by U.S. mail a true and correct copy of the following documents:

TRPA'S NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL; [PROPOSED] ORDER THEREON

addressed to the following parties:

   Michael Franklin
   P.O. Box 137
   Homewood, CA 96141

I declare under penalty of perjury that the foregoing is true and correct. Executed at Stateline, Nevada, on April 28, 2005.

                                    /s/ -- Sara Urch
                                    Sara Urch
                                    Tahoe Regional Planning Agency