IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TAHOE REGIONAL PLANNING AGENCY,     No. CIV.S-04-0675 WBS DAD

    Plaintiff,

  v.                                  ORDER TO SHOW CAUSE

MICHAEL FRANKLIN,

    Defendant.

_____/

        By order filed April 29, 2005, the district judge assigned to this case dismissed this action based on the settlement agreement reached between the parties following a settlement conference before the undersigned magistrate judge. That order indicated that the court, and the undersigned in particular, would retain jurisdiction to enforce the terms of that settlement agreement.

        On November 9, 2005, plaintiff filed notice that, according to plaintiff, defendant has not satisfied his obligations under the settlement agreement. Plaintiff therefore requests a status conference. Plaintiff's request will be granted in part. Rather

1

than a status conference the court will issue an order to show cause why the terms of the parties' settlement agreement should not be enforced.

Accordingly, IT IS HEREBY ORDERED that:

1. An order to show cause hearing is **SET** before the undersigned on **December 2, 2005,** at **11:00 a.m.** in Courtroom 27;

2. All parties shall appear personally, or through counsel if represented by an attorney, at the hearing; and

2. Within three court days of the hearing each party shall file a written report addressing the status of the satisfaction of the settlement agreement.

DATED: November 14, 2005.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
DDad1\orders.civil\tahoe0675.status

2